No. 84–1934.   Copy-Data Systems, Inc., et al. *v.* Toshiba America, Inc.   C. A. 2d Cir.   Certiorari denied.

No. 84–1935.   International Union, United Automobile, Aerospace & Agricultural Implement Workers of America, et al. *v.* Brock, Secretary of Labor.   C. A. D. C. Cir. Certiorari denied.

No. 84–1937.   Swaim *v.* United States.   C. A. 5th Cir. Certiorari denied.

No. 84–1940.   Dow *v.* United Van Lines et al.   C. A. 3d Cir.   Certiorari denied.

No. 84–1943.   Woods *v.* Tsuchiya.   C. A. Fed. Cir.   Certiorari denied.

No. 84–1946.   Porter *v.* O'Farrell et al.   C. A. 3d Cir. Certiorari denied.

No. 84–1949.   Lamont, Administrator of the Estate of Lamont *v.* Wolf et al.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 84–1950.   Hampton *v.* California.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 84–1951.   Southland Corp. *v.* United States; and
No. 84–1981.   Mastropieri *v.* United States.   C. A. 2d Cir. Certiorari denied.   Reported below: 760 F. 2d 1366.

No. 84–1953.   Marcon, Ltd. *v.* Helena Rubinstein, Inc. (two cases).   C. A. 4th Cir.   Certiorari denied.

No. 84–1954.   Mankin *v.* Ohio.   Ct. App. Ohio, Ross County. Certiorari denied.

No. 84–1956.   D. L. Auld Co. *v.* Chroma-Graphics Corp. et al.   C. A. Fed. Cir.   Certiorari denied.

No. 84–1959.   James *v.* Alabama State Personnel Board et al.   C. A. 11th Cir.   Certiorari denied.